Presented by:

BENJAMIN B. WAGNER
United States Attorney

ADAM D. STRAIT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAREY and BYRON CAREY, | Civil No. 10-3476-FCD-CMK (PS) |
| Plaintiffs, | **ORDER OF SUBSTITUTION OF PARTIES** |
| v. | |
| DEPUTY UNITED STATES MARSHAL JASON GARCIA and INTERNAL REVENUE SERVICE OFFICER DOUGLAS MCDONALD, | |
| Defendants. | |

The United States of America ("United States") has filed a Certification, signed by the

designee of the Attorney General of the United States, that defendants Jason Garcia and Douglas

McDonald were each acting within the scope of their respective employment at the time of the

incidents giving rise to the plaintiffs' Complaint.  Under 28 U.S.C. § 2679, the United States is

automatically substituted as a party-defendant for each of the two individual officers.

/ / /

WHEREFORE it is hereby ORDERED:

1.  Pursuant to 28 U.S.C. § 2679, the United States is substituted as a party-defendant in place of the individual defendants Jason Garcia and Douglas McDonald; and

2.  The caption of this action shall be amended to reflect the substitution of the United States as the sole party-defendant with respect to all of the plaintiffs' claims under the Complaint; and

3.  The plaintiffs' claims against Jason Garcia and Douglas McDonald individually are hereby DISMISSED WITH PREJUDICE because, under 28 U.S.C. §§ 2679(b) and (d), the plaintiffs' exclusive remedy is a claim against the United States and the United States has been substituted as party-defendant for the individual defendants.

**IT IS SO ORDERED.**


**Dated:  January 13, 2011**




**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE