1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    JOHN CAREY, et al.,                    No. CIV S-10-3476-FCD-CMK
12              Plaintiff,
13        vs.                                ORDER
14    UNITED STATES OF AMERICA[1],
15              Defendant.
16    _____/
17           Plaintiffs, proceeding in pro per, bring this civil action against employees of the
18    United States of America related to real property interests.  Originally filed in the Superior Court
19    of Shasta County, the defendant removed the action to this court on December 29, 2010, and
20    filed a notice of substitution on January 5, 2011, substituting the United States as the defendant
21    in place of the individual employees.
22           Pending before the court is defendant's ex parte request for additional time to
23    respond to the complaint (Doc. 5).  Good cause appearing therefor, the request is granted.
24    / / /
25
26    _____
      [1]    Pursuant to the Court's previous order, the United States has been substituted as the sole defendant in place of the individuals originally named in the complaint.

1

1  Defendant's response to the Complaint is due on or before February 14, 2011.

2        IT IS SO ORDERED.

4  DATED: January 13, 2011

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE