IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAREY, et al., | No. CIV S-10-3476-FCD-CMK |
|     Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |
| _____/ | |

       Plaintiffs, proceeding in pro per, bring this civil action against employees of the United States of America related to real property interests. Pending before the court is the defendant's motion to dismiss (Doc. 10), set for hearing on March 24, 201. Plaintiffs have not filed an opposition to the motion.

       Pursuant to Eastern District of California Local Rules, any opposition "to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed . . . hearing date." See Local Rule 230(c). The local rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Id.

/ / /

In addition, plaintiffs have noticed a motion to vacate the court's prior order substituting the United States of America and dismissing the individual defendants, and to remand this matter to state court (Doc. 11), and set a hearing for the same day. This matter is submitted without oral argument. If the court determines that oral argument is needed, it will be scheduled at a later date.

Accordingly, on the court's own motion and pursuant to Local Rule 230(g), the hearing scheduled for March 24, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs.

IT IS SO ORDERED.

DATED: March 18, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE